

Robert Marinelli <robmarinelli@gmail.com>

## Nunez

**Weall, Katherine (LAW)** <KWeall@law.nyc.gov>　　　　　　　　　　Fri, May 3, 2019 at 2:58 PM
To: Robert Marinelli <robmarinelli@gmail.com>

Thanks for this, Rob. Although we believe the allegations against the individual officers are not sufficiently alleged, we will not object to the amendment of the pleading at this time.

FYI – in paragraph 34, you allege that the individual defendants are DOC officers, but then state that they were acting pursuant to the customs, usages etc. of the New York City Police Department.

Have a good weekend,

Katherine

Katherine J. Weall

Senior Counsel

New York City Law Department

Tel. (212) 356-5055

Fax: (212) 356-3509

[Quoted text hidden]