UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Wairon Nunez
                    Plaintiffs,                          18 Civ. 10522 (CM) (DCF)


                                                         ORDER OF REFERENCE
          -against-                                      TO A MAGISTRATE JUDGE


City of New York, et al.,
                    Defendants.
----------------------------------------X

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

   Discovery Disputes

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

* Do not check if already assigned for general pretrial.

Dated: 2/26/2020
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge