

| JAMES E. JOHNSON<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | Katherine J. Weall<br>*Senior Counsel*<br>phone: (212) 356-5055<br>mobile: (646) 370-0051<br>kweall@law.nyc.gov |
|---|---|---|

November 20, 2019

**VIA ECF**
Honorable Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Wairon Nunez v. City of New York, et al.</u>
                18 cv 10522 (CM)

Your Honor:

       I represent defendants in the above-referenced matter. The parties are pleased to inform the Court that they have reached a settlement, and are proceeding to have the settlement paperwork executed. We expect to file the stipulation of dismissal shortly.

                                                      Respectfully submitted,

                                                      /s/  *Katherine J. Weall*

                                                      Katherine J. Weall
                                                      *Senior Counsel*
                                                      Special Federal Litigation Division

cc:    Robert Marinelli, Esq.
        *Attorney for Plaintiff*
        305 Broadway, Suite 1001
        New York, New York 10007