UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Wairon Nunez,

                                              Plaintiff,

-against-

C.O. Obozua Ehikoya, C.O. Mohammed Islam, C.O. Haurltz Derisma, Cpt. Boswell Paul, C.O. John Caruso, C.O. William Llarch,

                                              Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 Civ. 10522 (CM)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     March 10 , ~~XXXX~~ 2021

| | |
|---|---|
| ROBERT MARINELLI<br>*Attorney for Plaintiff*<br>305 Broadway, Suite 1001<br>New York, NY 10007<br>212-822-1427<br><br>By: ___/s/ Robert Marinelli___<br>    Robert Marinelli | JAMES E. JOHNSON<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York,*<br>  *Ehikoya, Islam, Derisma, Paul, Caruso,*<br>  *and Llarch*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: ___/s/ Katherine J. Weall___<br>Katherine J. Weall<br>*Senior Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. COLLEN MCMAHON<br>UNITED STATES DISTRICT JUDGE<br><br>Dated: _____, ~~XXXX~~ 2021 |