UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Wairon Nunez,

Plaintiff,

-against-

C.O. Obozua Ehikoya, C.O. Mohammed Islam, C.O. Haurltz
Derisma, Cpt. Boswell Paul, C.O. John Caruso, C.O. William
Llarch,

Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

18 Civ. 10522 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

**WHEREAS**, the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to retain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        March 10     , ~~20XX~~ 2021

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, Suite 1001
New York, NY 10007
212-822-1427


By: _____
        Robert Marinelli

JAMES E. JOHNSON
Corporation Counsel of the
        City of New York
*Attorney for Defendants City of New York,*
        *Ehikoya, Islam, Derisma, Paul, Caruso,*
        *and Llarch*
100 Church Street, 3rd Floor
New York, New York 10007

By:   /s/    *Katherine J. Weall*

Katherine J. Weall
*Senior Counsel*

SO ORDERED:

_____
HON. COLLEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: _____ , ~~20XX~~ 2021

2